# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2012

144359

E.T. MACKENZIE COMPANY,
        Plaintiff-Appellee,

v

SUTTON PLACE-RAISIN TWP., L.L.C.,
        Defendant,

and

UNITED BANK & TRUST,
        Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 144359
COA: 297864
Lenawee CC: 08-002968-CK

On order of the Court, the application for leave to appeal the November 22, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2012

p0618

        Clerk